ANNA SOKIERA, ADMINISTRATRIX AD PROSEQUENDUM, RESPONDENT, v. H. A. JAEGER, INCORPORATED, APPELLANT.

Argued February 9, 1934—Decided April 12, 1934.

For the respondent, *Martin P. O'Connor.*

For the appellant, *McDermott, Enright & Carpenter.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, DILL, JJ. 12.

*For reversal*—None.